IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GEORGE COOPER and
SARA COOPER,

                                                             ORDER

                          Petitioners,

                                                        08-C-304-C

     v.

KATHLEEN SANKEY and
PLOVER TAXI,

                          Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       This is a civil action in which petitioners allege that respondents discriminated against them because of their disabilities. Petitioners ask for leave to proceed in forma pauperis and have supported their request with an affidavit of indigency.

       As petitioners should be aware from their having sought indigent status in another case in this court, Cooper v. Bank of America Corp., 07-cv-546-bbc, the standard for determining whether petitioners qualify for indigent status is the following:

- From petitioners' annual gross income, the court subtracts $2820 for each dependent excluding the petitioners.

- If the balance is less than $11,500, the petitioners may proceed without any

1

prepayment of fees and costs.

- If the balance is greater than $11,500 but less than $15,000, the petitioners must prepay half the fees and costs.

- If the balance is greater than $15,000, the petitioners must prepay all fees and costs.

- Substantial assets or debts require individual consideration.

In this case, petitioners have no dependents. Their monthly income is $1830. Neither petitioner has any unusual debts. Therefore, petitioners do not qualify for indigent status. If they wish to proceed with this action, they will have to pay the $350 filing fee.

ORDER

IT IS ORDERED that petitioners' request for leave to proceed in forma pauperis in this action is DENIED because petitioners do not qualify for indigent status.

Further, IT IS ORDERED that petitioners may have until June 19, 2008, in which to pay the $350 fee for filing his lawsuit. If, by June 19, 2008, petitioners fail to respond to this order, I will assume that they no longer wish to prosecute this action and the clerk

2

of court is directed to close this file without prejudice to petitioners' filing their case at a later date.

Entered this 29th day of May, 2008.

                        BY THE COURT:

                        /s/

                        _____
                        BARBARA B. CRABB
                        District Judge